___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

5:07 pm, Feb 26 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy


EGW: USAO 2021R00146

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. 21-mj-538-CBD |
| JEREMIAH PETER WATSON, | * | |
| Defendant | * | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

Your affiant, Investigator William Brancato with the United States Park Police, being duly sworn, deposes and states as follows:

### Introduction and Background

1. I have been a duly sworn member of the United States Park Police for more than 17 years. I am currently assigned to the Criminal Investigations, Major Crimes Unit. I have served in this capacity for more than two years. During this time, I have been involved with the investigation into more than 25 separate violent crimes, including crimes involving the illegal use and possession of firearms and ammunition.

2. In conducting and participating in investigations of those violent crimes, I have been involved in the use of various investigative techniques, including but not limited to preparing and executing search warrants, which have led to seizures of evidence such as narcotics and firearms; conducting mobile and static surveillances; and interviewing and debriefing suspects, victims, and witnesses. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

3.	The information contained in this affidavit comes from my personal observations, my training and experience, and from information obtained from other members of the law enforcement community and witnesses.  Because this affidavit is being submitted for the limited purpose of establishing probable cause to obtain a criminal complaint and arrest warrant, it does not include each and every fact observed by me or known to the government.  I have set forth only those facts necessary to provide appropriate background and to support a finding of probable cause for the requested criminal complaint and arrest warrant.

4.	Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that on or about February 26, 2021, **JEREMIAH PETER WATSON** ("**WATSON**") violated 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

### Facts Establishing Probable Cause

5.	On or about Thursday, February 25, 2021, at approximately 8:45 p.m., United States Park Police Officers were dispatched to the United States Secret Service facility in Beltsville, Maryland, for the report of a shooting.  That facility is located within the National Agricultural Research Center and is federal property maintained by the United States Department of Agriculture and within the jurisdiction of the United States Park Police and the special maritime and territorial jurisdiction of the United States.

6.	Arriving Officers made contact with Victim 1 ("V-1"), who is employed as a security officer at that location.  V-1 advised that a dark four-door sedan stopped in front of the gated entrance to the facility.  The vehicle was described as having significant damage to the passenger front and side.  V-1 described a black male suspect ("S-1"), approximately 25 to 30 years old, approximately 5 feet 8 inches in height, with his hair styled in dreadlocks.  S-1 was

wearing blue jeans. V-1 was able to overhear that S-1 was having a conversation on speaker phone and saw that the cellular telephone used by S-1 had a green case. S-1 began to approach V-1 aggressively. Victim 2 ("V-2"), who is also employed as a security officer at that location, arrived to assist. S-1 continued to approach V-1 despite being given verbal commands to stop. V-1 subsequently deployed his issued Oleoresin Capsicum Spray at S-1.

7. After being sprayed, S-1 returned to his vehicle and began to drive from the area. Victim 3 ("V-3"), a security guard, and Victim 4 ("V-4"), a United States Secret Service Officer, arrived at this time to assist. V-4 telephoned the United States Park Police Greenbelt Station to request further assistance. As the suspect vehicle drove from the area, V-1 was able to observe and report the license plate. The suspect vehicle conducted a U-turn, and S-1 began to fire a handgun at the victims, who fled into the security guard house, which is equipped with bullet proof glass. The suspect vehicle completed another U-turn and began to fire at the victims through the passenger window.

8. During a subsequent search of the scene, three .9mm shell casings were recovered at the scene.

9. A computer check of the reported license plate returned to a 2013 Chevrolet Malibu registered to **WATSON**, a black male with date of birth in 1998, 5 feet 8 inches in height, with an address in Hyattsville, Maryland. **WATSON** was convicted in Howard County Circuit Court for a robbery offense in 2018, subject to a term of imprisonment of five years, with some time suspended. He also pleaded guilty to second degree assault in 2019 in the city of Baltimore. For that offense, he was sentenced to three years' imprisonment, with some time suspended. According to a search of Maryland court records, **WATSON** is still under a period of probation

for the Baltimore offense. Accordingly, **WATSON** is a convicted felon prohibited from possessing a firearm or ammunition.

10. A detective with whom I work used an insurance claim search database, available to law enforcement, to identify a specific residence in Maryland as being associated with the involved Chevrolet Malibu. On or about February 26, 2021, at approximately 2:45 a.m., that detective located the involved Chevrolet Malibu backed into the driveway located at the identified residence. Later on or about February 26, 2021, I transmitted an image of **WATSON** to V-2 via text message. V-2 responded by confirming that **WATSON** was the individual he had encountered, referred to above as S-1.

11. On or about February 26, 2021, law enforcement officers executed federal search warrants at the identified residence and upon the Chevrolet Malibu. From the rear floorboard of the Chevrolet Malibu, law enforcement recovered a Glock, model 43X, .9mm handgun, bearing serial number BLCT420, loaded with three .9mm rounds in the magazine and one .9mm round in the chamber. From the Chevrolet Malibu trunk jamb, law enforcement recovered approximately three .9mm shell casings. An officer who recovered the three .9mm shell casings recovered in Beltsville, Maryland, on or about February 25, 2021, viewed the three .9mm shell casings recovered on or about February 26, 2021, and noted they were similar in appearance. Based on preliminary phone location information, **WATSON** was confirmed to be at the residence in the morning hours of February 26, 2021, and he was present upon law enforcement's initiation of the search warrants' execution. Law enforcement recovered a cell phone in a green case from **WATSON**'s vicinity in the residence, and **WATSON** subsequently provided law enforcement with the access code for that cell phone.

12. On or about February 26, 2021, I spoke with a United States Park Police Identification Technician who, based on a description of the firearm, advised that the Glock, model 43X, .9mm handgun, bearing serial number BLCT420, would have been manufactured in Austria, thus affecting interstate commerce before being recovered in Maryland on or about February 26, 2021. United States Park Police Identification Technicians receive training on firearms identification, among other topics.

## Conclusion

13. Based on the foregoing, I respectfully submit that there is probable cause to believe that **WATSON** violated 18 U.S.C. § 922(g) on or about February 26, 2021. I further respectfully request that the Court issue the requested criminal complaint and arrest warrant for that violation.

_____
Investigator William Brancato
United States Park Police

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this \_\_\_\_26th\_\_\_\_ day of February, 2021.

_____
THE HONORABLE CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

5